# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CV 142

| | |
|---|---|
| JACK B. WARREN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| EVERGREEN PACKAGING, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on John A. Shedden's Application for Admission to Practice *Pro Hac Vice* of Carl K. Morrison. It appearing that Carl K. Morrison is a member in good standing with the Tennessee State Bar and will be appearing with John A. Shedden, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John A. Shedden's Application for Admission to Practice *Pro Hac Vice* (#4) of Carl K. Morrison is **GRANTED**, and that Carl K. Morrison is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John A. Shedden.

Signed: June 18, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge