THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00142-MR-DLH

| | |
|---|---|
| JACK B. WARREN, ) )  Plaintiff, ) ) vs. ) ) EVERGREEN PACKAGING, INC., ) ) Defendant. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Mediator's Report [Doc. 16] advising that this case has been completely settled.

On April 15, 2013, the Court entered an Order directing the parties to show cause why they should not be sanctioned for failing to engage in mediation as required by the Pretrial Order and Case Management Plan [Doc. 13]. The parties have responded to the Show Cause Order [Docs. 14, 15]. Additionally, the parties have now engaged in mediation and the mediator reports that this case has been fully settled. [Doc. 16].

Upon review of the parties' responses to the Show Cause Order, and in light of the settlement of this matter, the Show Cause Order is hereby

discharged. The Court will allow the parties thirty (30) days to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the Show Cause Order [Doc. 15] is hereby **DISCHARGED**.

**IT IS FURTHER ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that in light of the parties' settlement, the Defendant's Motion for Summary Judgment [Doc. 11] is **DENIED AS MOOT**.

**IT IS SO ORDERED.** Signed: May 6, 2013

Martin Reidinger
United States District Judge